UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. OLIVER, | No. 2:13-cv-1974 KJN P |
| Plaintiff, | |
| v. | ORDER |
| STATE OF CALIFORNIA, et al., | |
| Defendants. | |

  Plaintiff has filed a motion for a thirty day extension of time to submit the documents necessary to effect service. (ECF No. 20.)  In his motion, plaintiff claims that the Clerk of the Court inadvertently forgot to include service documents with the order filed July 27, 2015.  Good cause appearing, the court will grant the requested extension of time and provide plaintiff with copies of the allegedly-omitted documents.

  Plaintiff has also filed a motion to be permitted to file a single copy of the First Amended Complaint and the completed service documents with the court, on the grounds that the copy machine at the prison is "temporarily offline, with no firm date as to when it will be repaired . . . ."  (ECF No. 21 at 1.)  Plaintiff is hereby informed that the cost for the court to make copies is $0.50 per page.  Given this cost, the court is unable to make copies of documents for litigants due to budgetary constraints.  Plaintiff's motion will therefore be denied.  If the copier continues to be out of service, plaintiff may inform the court of this fact and seek a further

extension of time to file service documents.

  For all of the reasons set forth above, IT IS HEREBY ORDERED that:

  1.  Plaintiff's motion for an extension of time (ECF No. 20) is granted.

  2.  Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary to effect service.

  3.  The Clerk of the Court shall send plaintiff a blank summons, a copy of the pleading filed November 7, 2014, 2 USM-285 forms, and instructions for service of process.

  4.  Plaintiff's motion to file a single copy of the First Amended Complaint and the completed service documents (ECF No. 21) is denied.

Dated:  August 20, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/oliv1974.36

2